UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                             §
                                   §
VERDIN, ROBERTO F.                 §      Case No. 09-39807 CAD
OCAMPO-VERDIN, TANYA M.            §
                                   §
          Debtor(s)                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Frances Gecker_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 Countrywide 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 10 Countywide Home Loans PO Box 650070 Dallas, TX 75265-0070 | | | | | |
| | Creditor #: 11 Toyota Mtr 111 W 22nd St Oakbrook, IL 60521 | | | | | |
| | Creditor #: 12 Wlsfgr Hmmtg 7255 Baymeadows Wa Jacksonville, FL 32256 | | | | | |
| | Creditor #: 13 Wshngtn Mutl 7757 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Creditor #: 14 Wshngtn Mutl 3990 S. Babcock Melbourne, FL 32901 | | | | | |
| | Creditor #: 2 Countrywide 450 American St Simi Valley, CA 93065 | | | | | |
| | Creditor #: 3 Countrywide 450 American St Simi Valley, CA 93065 | | | | | |
| | Creditor #: 4 Countrywide 450 American St Simi Valley, CA 93065 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 5 Countrywide 450 American St Simi Valley, CA 93065 | | | | | |
| | Creditor #: 6 Countrywide 450 American St Simi Valley, CA 93065 | | | | | |
| | Creditor #: 7 Countrywide 450 American St Simi Valley, CA 93065 | | | | | |
| | Creditor #: 8 Countrywide Home Loans 450 American St Simi Valley, CA 93065 | | | | | |
| | Creditor #: 9 Countywide Home Loans PO Box 650070 Dallas, TX 75265-0070 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 11 Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Creditor #: 12 Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Creditor #: 2 Bmw Fin Svc 5515 Park Center C Dublin, OH 43017 | | | | | |
| | Creditor #: 5 Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Creditor #: 6 ComED Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Creditor #: 7 Daniel Casares c/o Blake Horwitz 2 First National Plaza Chicago, IL 60603 | | | | | |
| | Creditor #: 9 Dsnb Macys 3039 Cornwallis Rd Durham, NC 27709 | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CITIBANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000005 | FIFTH THIRD BANK | | | | | |
| 000006 | FIFTH THIRD BANK | | | | | |
| 000007 | REAL TIME RESOLUTIONS, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-39807 | CAD | Judge: Carol A. Doyle | | | Trustee Name: | Frances Gecker |
| Case Name: | VERDIN, ROBERTO F. | | | | | Date Filed (f) or Converted (c): | 10/23/09 (f) |
| | OCAMPO-VERDIN, TANYA M. | | | | | 341(a) Meeting Date: | 12/11/09 |
| For Period Ending: | 05/25/11 | | | | | Claims Bar Date: | 05/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENTIAL HOME 3639 SOUTH CANAL STREET CHICAGO, Debtor Claimed Exemption | 500,000.00 | 0.00 | | 0.00 | FA |
| 2. 1550 S. BLUE ISLAND, UNIT 1023 CHICAGO, ILLINOIS 6 | 200,000.00 | 33,845.00 | DA | 0.00 | FA |
| 3. 1528 SOUTH HARDING AVE. CHICAGO, ILLINOIS 60623 TH | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 1220 NORTH HAMLIN AVE. CHICAGO, ILLINOIS 60651 TWO | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 5. 1026 NORTH HAMLIN AVE. CHICAGO, ILLINOIS 60651 THR | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 2015 N. SAWYER AVE. CHICAGO, ILLINOIS 60647 SINGLE | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 5411 N. ARTESIAN AVE., UNIT B CHICAGO, ILLINOIS 60 | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 8. CASH ON HAND Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 9. CHECKING ACCOUNT AT JP MORGAN CHASE Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 10. SAVINGS ACCOUNT AT JP MORGAN CHASE Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 11. CHICAGO PATROLMEN'S FEDERAL CREDIT UNION Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 09-39807 | CAD | Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
| Case Name: | VERDIN, ROBERTO F. | | | Date Filed (f) or Converted (c): | 10/23/09 (f) |
| | OCAMPO-VERDIN, TANYA M. | | | 341(a) Meeting Date: | 12/11/09 |
| | | | | Claims Bar Date: | 05/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. CHECKING ACCOUNT AT FIFTH THIRD BANK   Debtor Claimed Exemption | 750.00 | 0.00 | | 0.00 | FA |
| 13. CHECKING ACCOUNT AT FIFTH THIRD BANK   Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 14. CHECKING ACCOUNT AT JP MORGAN CHASE   Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 15. SAVINGS ACCOUNT AT JP MORGAN CHASE   Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 16. MONEY MARKET ACCOUNT   Debtor Claimed Exemption | 1,034.00 | 834.00 | DA | 0.00 | FA |
| 17. MONEY MARKET ACCOUNT (HELF JOINTLY WITH MOTHER; AM   Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 18. GENERAL AND ORDINARY HOUSEHOLD GOODS AND FURNISHIN   Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 19. NECESSARY WEARING APPAREL   Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 16.02b

Case 09-39807 Doc 50 Filed 07/19/11 Entered 07/19/11 09:39:51 Desc Main
Document Page 11 of 18

FORM 1

Page: 3

Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Case No: 09-39807 CAD Judge: Carol A. Doyle  
Case Name: VERDIN, ROBERTO F.  
OCAMPO-VERDIN, TANYA M.

Trustee Name: Frances Gecker  
Date Filed (f) or Converted (c): 10/23/09 (f)  
341(a) Meeting Date: 12/11/09  
Claims Bar Date: 05/13/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. WEDDING BAND, GENERAL JEWELRY (BRACLET, EARRINGS)  Debtor Claimed Exemption | 750.00 | 0.00 | | 0.00 | FA |
| 21. COMBINED TERM & WHOLE LIFE INSURANCE  Debtor Claimed Exemption | 2,051.00 | 0.00 | | 0.00 | FA |
| 22. COMBINED TERM & WHOLE LIFE INSURANCE  Debtor Claimed Exemption | 512.00 | 0.00 | | 0.00 | FA |
| 23. TERM LIFE INSURANCE (THROUGH EMPLOYMENT WITH CITY | 0.00 | 0.00 | | 0.00 | FA |
| 24. 457(B) PLAN  Debtor Claimed Exemption | 35,410.00 | 0.00 | | 0.00 | FA |
| 25. POLICE PENSION  Debtor Claimed Exemption | 41,300.00 | 0.00 | | 0.00 | FA |
| 26. IRA  Debtor Claimed Exemption | 36,495.00 | 0.00 | | 0.00 | FA |
| 27. STOCK WITH NORTHWEST MUTUAL INVESTMENT SERVIECS, L | 1,140.00 | 1,140.00 | | 0.00 | FA |
| 28. MONEY MARKET WITH NORTHWESTERN MUTUAL INVESTMENT S | 1,133.00 | 1,133.00 | DA | 0.00 | FA |

LFORM1  
UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 16.02b

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 4

Exhibit 8

| Case No.: | 09-39807 CAD Judge: Carol A. Doyle | | Trustee Name: | Frances Gecker |
| Case Name: | VERDIN, ROBERTO F. | | Date Filed (f) or Converted (c): | 10/23/09 (f) |
| | OCAMPO-VERDIN, TANYA M. | | 341(a) Meeting Date: | 12/11/09 |
| | | | Claims Bar Date: | 05/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29. PROCEEDS FROM INSURNACE CLAIM FOR 1528 S. HARDING | 23,000.00 | 23,000.00 | | 23,974.16 | FA |
| 30. 2007 TOYOTA 4-RUNNER WITH APROX. 15,000 MILES | 30,000.00 | 0.00 | | 0.00 | FA |
| 31. 2003 MINI COOPER WITH APROX. 50,000 MILES (PURCHAS Debtor Claimed Exemption | 6,000.00 | 1,200.00 | DA | 0.00 | FA |
| 32. 2004 VW PASSAT WITH APROX. 60,000 MILES Debtor Claimed Exemption | 5,000.00 | 2,250.00 | DA | 0.00 | FA |
| 33. TWO GUNS USED FOR POLICE WORK Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 34. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.31 | Unknown |

TOTALS (Excluding Unknown Values)     $2,039,625.00     $63,402.00     $23,981.47

Gross Value of Remaining Assets     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/01/11     Current Projected Date of Final Report (TFR): 03/01/11

/s/ Frances Gecker

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 16.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-39807    CAD    Judge: Carol A. Doyle | Trustee Name:    Frances Gecker |
| Case Name: | VERDIN, ROBERTO F. | Date Filed (f) or Converted (c):    10/23/09 (f) |
| | OCAMPO-VERDIN, TANYA M. | 341(a) Meeting Date:    12/11/09 |
| | | Claims Bar Date:    05/13/10 |

_____ Date: 05/25/11
      FRANCES GECKER

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39807 -CAD | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | VERDIN, ROBERTO F. | | Bank Name: | BANK OF AMERICA |
| | OCAMPO-VERDIN, TANYA M. | | Account Number / CD #: | *******5557 MONEY MARKET |
| Taxpayer ID No: | *******0186 | | | |
| For Period Ending: | 05/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/10 | 29 | Allstate Insurance | | 1129-000 | 23,974.16 | | 23,974.16 |
| 02/08/10 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond Payment | 2300-000 | | 20.75 | 23,953.41 |
| 02/26/10 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.40 | | 23,953.81 |
| 03/31/10 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.62 | | 23,954.43 |
| 04/30/10 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,955.02 |
| 05/28/10 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,955.62 |
| 06/30/10 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,956.22 |
| 07/30/10 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,956.82 |
| 08/31/10 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.62 | | 23,957.44 |
| 09/30/10 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,958.03 |
| 10/29/10 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,958.63 |
| 11/30/10 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,959.23 |

Page Subtotals 23,979.98 20.75

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39807 -CAD | | Trustee Name: | Frances Gecker |
| Case Name: | VERDIN, ROBERTO F. | | Bank Name: | BANK OF AMERICA |
| | OCAMPO-VERDIN, TANYA M. | | Account Number / CD #: | *******5557  MONEY MARKET |
| Taxpayer ID No: | *******0186 | | | |
| For Period Ending: | 05/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,959.84 |
| 01/31/11 | 34 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.61 | | 23,960.45 |
| 02/08/11 | 001001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | BLANKET BOND | 2300-000 | | 27.28 | 23,933.17 |
| 02/28/11 | 34 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 23,933.35 |
| 03/15/11 | 34 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 23,933.44 |
| 03/15/11 | | Transfer to Acct #*******5197 | Final Posting Transfer | 9999-000 | | 23,933.44 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 23,981.47 | 23,981.47 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 23,933.44 | |
| Subtotal | 23,981.47 | 48.03 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 23,981.47 | 48.03 | |

Page Subtotals       1.49       23,960.72

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39807 -CAD | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | VERDIN, ROBERTO F. | | Bank Name: | BANK OF AMERICA |
| | OCAMPO-VERDIN, TANYA M. | | Account Number / CD #: | *******5197 GENERAL CHECKING |
| Taxpayer ID No: | *******0186 | | | |
| For Period Ending: | 05/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/11 | | Transfer from Acct #*******5557 | Transfer In From MMA Account | 9999-000 | 23,933.44 | | 23,933.44 |
| 04/12/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 3,148.15 | 20,785.29 |
| 04/12/11 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,933.50 | 14,851.79 |
| 04/12/11 | 001002 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 11% | 7100-000 | | 824.16 | 14,027.63 |
| 04/12/11 | 001003 | Citibank - PYOD LLC<br>its successors and assigns<br>as assignee<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000002, Payment 11% | 7100-000 | | 166.43 | 13,861.20 |
| 04/12/11 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 11% | 7100-000 | | 1,031.22 | 12,829.98 |

Page Subtotals    23,933.44    11,103.46

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39807 -CAD | | | Trustee Name: | Frances Gecker |
| Case Name: | VERDIN, ROBERTO F. | | | Bank Name: | BANK OF AMERICA |
| | OCAMPO-VERDIN, TANYA M. | | | Account Number / CD #: | *******5197 GENERAL CHECKING |
| Taxpayer ID No: | *******0186 | | | | |
| For Period Ending: | 05/25/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/12/11 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 11% | 7100-000 | | 1,923.21 | 10,906.77 |
| 04/12/11 | 001006 | Fifth Third Bank<br>Bankruptcy Department/MD#RSCB3E<br>1830 E Paris SE<br>Grand Rapids MI 49546 | Claim 000005, Payment 11% | 7100-000 | | 94.17 | 10,812.60 |
| 04/12/11 | 001007 | Fifth Third Bank<br>Bankruptcy Department/MD#RSCB3E<br>1830 E Paris SE<br>Grand Rapids MI 49546 | Claim 000006, Payment 11% | 7100-000 | | 82.93 | 10,729.67 |
| 04/12/11 | 001008 | Real Time Resolutions, Inc.<br>1750 Regal Row Suite 120<br>Dallas Texas 75235 | Claim 000007, Payment 11% | 7100-000 | | 10,729.67 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 23,933.44 | 23,933.44 | 0.00 |
| Less: Bank Transfers/CD's | 23,933.44 | 0.00 | |
| Subtotal | 0.00 | 23,933.44 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 23,933.44 | |

Page Subtotals    0.00    12,829.98

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-39807 -CAD | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | VERDIN, ROBERTO F. | | Bank Name: | BANK OF AMERICA |
| | OCAMPO-VERDIN, TANYA M. | | Account Number / CD #: | *******5207 GENERAL CHECKING |
| Taxpayer ID No: | *******0186 | | | |
| For Period Ending: | 05/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 0.00 | |

| | | NET | NET | ACCOUNT |
| --- | --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | DEPOSITS | DISBURSEMENTS | BALANCE |
| MONEY MARKET - ********5557 | | 23,981.47 | 48.03 | 0.00 |
| GENERAL CHECKING - ********5197 | | 0.00 | 23,933.44 | 0.00 |
| GENERAL CHECKING - ********5207 | | 0.00 | 0.00 | 0.00 |
| | | 23,981.47 | 23,981.47 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

                /s/    Frances Gecker
Trustee's Signature: _____ Date: _____
                FRANCES GECKER

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*